Case 2:21-cv-00044-RJC-LPL   Document 18   Filed 04/07/21   Page 1 of 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DAVIS, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | CASE NO. 2:21-cv-00044-RJC |
| vs. | JURY TRIAL DEMANDED |
| CITIZENS FINANCIAL GROUP, INC., | |
| *Defendant*. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff William Davis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff William Davis, individually, are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: April 7, 2021

Respectfully submitted,

/s/ *Manuel S. Hiraldo*
Manuel S Hiraldo
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, FL 33301
954-400-4713
Email: mhiraldo@hiraldolaw.com

AND NOW, this 7th day of April, 2021
IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE